**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 02-1234**

THOMAS GUY MCLEMORE, SR.,

                                        Plaintiff - Appellant,

        versus

BEACH FORD, INCORPORATED, a Virginia
Corporation,

                                        Defendant - Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Jerome B. Friedman, District
Judge. (CA-01-283-1)

Submitted: August 29, 2002      Decided: September 19, 2002

Before WILKINS, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Christopher Colt North, Newport News, Virginia, for Appellant.
Thomas M. Lucas, Kristina H. Vaquera, TROUTMAN SANDERS, L.L.P.,
Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Thomas Guy McLemore appeals from the district court's order granting summary judgment to Defendant in this action alleging age discrimination in employment.  We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court.  See McLemore v. Beach Ford, Inc., No. CA-01-283-1 (E.D. Va. Feb. 4, 2002).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED